CHAMBERLIN *v.* GORHAM, 20 J. R. 744.
In S. C., reported 20 J. R. 144.

*Pleading ; Notice of Set-Off.*

ASSUMPSIT on promissory notes not negotiable. The notice of set-off stated that the defendant would give in evidence on the trial, that the notes on which the suit was brought were given for the consideration of the sale and conveyance of a certain piece of land, &c., and that when the notes were given, the plaintiff executed and delivered to the defendant a covenant that if there should be any outstanding judgments, which operated as a lien on the land conveyed, and the grantee should be obliged to pay the same, the amount should be deducted from the notes, &c., and that at the time, &c., there were divers judgments outstanding against the plaintiff which the defendant was obliged to pay and did pay, to prevent a sale of the land, and which sums amounted to $500 in the whole.

The Supreme Court held, that this notice of set-off was defective in not specifying the judgments, and that the defendant was precluded under it from proving them, and the payment of them, by him. But

The Court of Errors, (Kent, Chancellor, delivering the opinion of the Court,) held, that the notice of set-off was sufficient, as it contained such a statement of the special matter as prevented the plaintiff from being taken by surprise at the trial.

Judgment *reversed* accordingly.